UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

In re:                                                    )
                                                          )
      RAVENELLE, KEITH ROBERT              )         Case No. 3:26-bk-30277-SHB
                                                          )         Chapter 7
            Debtor(s)                                )
                                                          )

## APPLICATION OF TRUSTEE TO EMPLOY ANN MOSTOLLER AND THE LAW FIRM OF MOSTOLLER, STULBERG, ALLEN, TIPPETT & BANKS

COMES Ann Mostoller, Trustee herein, pursuant to §327 of the Bankruptcy Code and Rule 2014(a) of the Rules of Bankruptcy Procedure and E.D. Bankr. LBR 2014-1, and respectfully represents the following.

1.      That she is the duly qualified and acting Trustee of the estate of the above named Debtors.

2.      That she requires the assistance of counsel for the following purposes:

A.      To question the debtor(s) further pertaining to aspects of their financial status and/or obtain additional information from the debtor(s) in an effort to pursue potential assets, and any other action that requires the assistance of legal counsel.

B.      To pursue objections to claims and complete any other administrative tasks which may require legal services.

3.      That it is in the best interest of this estate and its economical administration that your applicant, and Mostoller, Stulberg, Allen, Tippett & Banks, a law firm of which applicant is a member, be authorized to act as attorney for the estate for the above purposes.

4. That she is an attorney at law duly admitted to practice before this Court and other necessary state courts in this jurisdiction and has experience with regard to the above matter. That the following rates are charged for routine legal work, plus costs incurred:

      a. Ann Mostoller - $300.00;

      b. Hannah Tippett - $275.00; and

      c. Paralegal - $125.00

5. That, to your applicant's knowledge, she and the above named firm, its members and associates, do not hold or represent an interest adverse to the estate, are disinterested persons within the meaning of 11 U.S.C. §101(14) [other than being the Trustee or an employee of the Trustee's law firm] and are eligible to serve as counsel for the estate and the trustee pursuant to the provisions of 11 U.S.C. §327(d).

WHEREFORE, Ann Mostoller, Trustee, prays pursuant to §327(d) of the Bankruptcy Code that she, and the law firm of which she is a member, be authorized to act as attorney for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow pursuant to §330 of the Bankruptcy Code.

DATED: May 18, 2026.

/s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
136 South Illinois Ave., Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, a true and exact copy of the foregoing Application to Employ, Verified Statement and proposed Order were filed electronically. Notice of this filing will be sent to the following parties as indicated below:

<u>via electronic/ECF mail</u>
Tiffany DiIorio, Attorney for the U.S. Trustee; ECF
William E. Maddox, Jr., Attorney for Debtor(s); ECF
All parties indicated on the Court's electronic filing receipt

<u>via first class U.S. mail</u>
Keith Robert Ravenelle
1712 S. Delozier Rd
Seymour, TN  37865

/s/ Ann Mostoller
Attorney