UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

In re:                                      )
                                            )
RAVENELLE, KEITH ROBERT                     )     Case No. 3:26-bk-30277-SHB
                                            )     Chapter 7
        Debtor(s)                           )
                                            )
                                            )

## VERIFIED STATEMENT

I, Ann Mostoller, declare the following:

1.      I am an attorney at law duly licensed to practice in this state and admitted
to practice in this Court.

2.      I am a member of the firm of Mostoller, Stulberg, Allen, Tippett & Banks,
and maintain offices at 136 S. Illinois Avenue, Suite 104, Oak Ridge, Tennessee,
37830.

3.      To the best of my knowledge neither I nor any other member of the firm of
Mostoller, Stulberg, Allen, Tippett & Banks has or represents any interest adverse to the
Trustee or the estate in regard to the matters for which I am to be employed and that I
am a disinterested person within the meaning of 11 U.S.C. §101(14) [other than being
the Trustee].

I declare under penalty of perjury, that the foregoing is true and correct to the
best of my knowledge, information and belief.

Ann Mostoller