UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

In re:                                      )
                                            )
RAVENELLE, KEITH ROBERT                     )        Case No. 3:26-bk-30277-SHB
                                            )        Chapter 7
            Debtor(s)                       )
                                            )

## ORDER AUTHORIZING EMPLOYMENT OF ANN MOSTOLLER AND THE FIRM OF MOSTOLLER, STULBERG, ALLEN, TIPPETT & BANKS

Upon application of Ann Mostoller, Trustee, seeking authorization pursuant to

E.D. Bankr. LBR 2014-1 to employ herself and the law firm of Mostoller, Stulberg, Allen,

Tippett & Banks to act as attorneys for the estate and it appearing that Ann Mostoller

and the law firm of Mostoller, Stulberg, Allen, Tippett & Banks, its members and

associates, do not hold or represent an interest adverse to the estate and are

disinterested persons (other than being the Trustee or an employee of the Trustee's law

firm) and that the employment is in the best interest of the estate and the economical

administration thereof, it is ORDERED that Ann Mostoller, Trustee herein, is authorized to employ herself and the law firm of Mostoller, Stulberg, Allen, Tippett & Banks of which she is a member, to act as attorneys for the Trustee and the estate to question the debtor(s) further pertaining to aspects of their financial status and/or obtain additional information from the debtor(s) in an effort to pursue potential assets, and such other legal work as may be necessary in the administration of the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications for compensation pursuant to §330 of the Bankruptcy Code.

###

APPROVED FOR ENTRY:

/s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
136 South Illinois Ave., Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com