

**SO ORDERED.**
**SIGNED this 29th day of June, 2026**


**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

**In the Matter of:**

KEITH ROBERT RAVENELLE                Case No. 3:26-bk-30277-SHB
                                                             Chapter 7

    Debtor(s)

### ORDER GRANTING AGREED MOTION BY CREDITOR RYAN HANNINEN TO EXTEND TIME TO OBJECT TO DISCHARGE AND/OR TO DETERMINE DISCHARGEABILITY OF DEBT

This matter came before the Court upon the Agreed Motion by Creditor Ryan Hanninen

to Extend Time to Object to Discharge and/or to Determine Dischargeability of Debt (the

"Motion") filed by Creditor Ryan Hanninen. The Court has reviewed the Motion and the record

in this case.

The Court finds that good cause exists to grant the relief requested.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion is **GRANTED**.

The deadline to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 pursuant to Fed. R. Bankr. 4004 and the deadline to file a complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(c) pursuant to Fed. R. Bankr. 4007 is hereby extended from June 1, 2026, to and including July 16, 2026.

### 

s/      Brent S. Snyder
Brent S. Snyder, BPR #21700
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(865) 546-2141
bsnyder@dannlaw.com
*Attorney for Creditor Ryan Hanninen*


s/ William E. Maddox, Jr.
William E. Maddox, Jr., BPR# 17462
P.O. Box 31287
Knoxville, TN 37930
Telephone: (865) 293-4953
Fax: (865) 293-4969
wem@billmaddoxlaw.com
*Attorney for Debtor*